**Order entered March 10, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00929-CV

**CONTINENTAL  HERITAGE INSURANCE COMPANY, AGENT PAT KINNARD, D/B/A PAT KINNARD BAIL BONDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause No. F17-59991**

### ORDER

On February 9, 2021, we directed Dallas County District Clerk Felicia Pitre to file, no later than February 16, 2021, a supplemental clerk's record containing a copy of the trial court's October 2, 2020 order denying defendant-surety's motion to retax costs.  To date, Ms. Pitre has not complied.

Accordingly, we **ORDER** Ms. Pitre to file, **no later than March 15, 2021**, the requested supplemental clerk's record.  If the October 2, 2020 order cannot be located or does not exist, Ms. Pitre shall state so in writing.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE